# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MUHAMMED AL HELOW,

    Plaintiff,

vs.                                         CASE NO. 4:09cv353/RS-WCS

PERWEZ SATTAR and PEJAYS, INC.,

    Defendants.

_____/

## ORDER

The relief requested by the Joint Motion To Extend Discovery Deadline (Doc. 29) is **granted**.

**ORDERED** on May 12, 2010.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**